# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

vs.   NO. 4:06CR00393-001 SWW

JONATHAN LEE BERRY

## ORDER

The above entitled cause came on for hearing December 15, 2011 on government's petition to revoke the supervised release [doc #45] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **TWELVE (12) MONTHS AND ONE (1) DAY** in the custody of the Bureau of Prisons.

There will be **NO** term of supervised release following the term of incarceration.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

IT IS SO ORDERED this 15th day of December 2011.

/s/Susan Webber Wright

United States District Judge